30 F.3d 1486
 Herman (Cathy L.), Estate of Herman (Lawrence Gourley), on
Behalf of Herman (Travis L., Sean, Jessica)
v.
Clearfield County Pennsylvania, Clearfield County Prison
Board, Ogden (Warden Dan), Taylor (Clearfield County
Correction Officer/Prison Guard Raymond), Jefferson County,
PA, Drug and Alcohol Advisor, Navarro (Raymond),
Clearfield-Jefferson Mental Health/Mental Retardation
Center, Clearfield-Jefferson Mental Health Mental
Retardation Program, a/k/a Clearfield-Jefferson
 NO. 93-3582
 United States Court of Appeals,
Third Circuit.
 June 06, 1994
 
 Appeal From: W.D.Pa.,
 Smith, J.
 
 836 F.Supp. 1178
 
 1
 AFFIRMED.